UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEROY GARCIA,

                Plaintiff,

-against-

WESTCHESTER COUNTY, CORRECTIONAL
OFFICER CARASQUILLO, and
COMMISSIONER JOSEPH K. SPANO,
                Defendants.
-----------------------------------------------------------X

19 **CIVIL** 2167 (CS)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 22, 2021, Defendant's motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           February 23, 2021

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court

                       BY:

                                                  **Deputy Clerk**